**Roy J. COTNER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59555.**

Missouri Court of Appeals, Western District.

Aug. 7, 2001.

Irene C. Karns, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before SPINDEN, P.J., BRECKENRIDGE and HARDWICK, JJ.

### ORDER

PER CURIAM:

Roy Cotner appeals the judgment of the motion court denying his motion for post-conviction relief pursuant to Rule 24.035 without an evidentiary hearing. On appeal, Mr. Cotner argues that he did not enter his guilty plea in a "voluntary, knowing, or intentional" manner, claiming that "the [c]ourt did not read the specific charges to [him] nor did the prosecuting attorney recite the evidence that would be adduced at trial ... in a manner that the Court could make a finding that a factual basis existed," and, as such, his due process rights were violated. This court finds

that Mr. Cotner did enter his guilty plea voluntarily and knowingly. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).